**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Lakeshore Farms, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 30-0029011 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 24806 Highway 159 Forest City, MO 64451 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Holt | **Location of principal assets, if different from principal place of business** |
| | | County | Holt County, Missouri |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   Lakeshore Farms, Inc.

    Name

Case number (*if known*)

---

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

1111

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

---

| Debtor | Lakeshore Farms, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | Lakeshore Farms, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 22, 2018
                MM / DD / YYYY

**X** /s/ Jonathan L. Russell                              Jonathan L. Russell
Signature of authorized representative of debtor          Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ Joanne B. Stutz                       Date   February 22, 2018
Signature of attorney for debtor                       MM / DD / YYYY

Joanne B. Stutz #12365; MO #30820
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone    (913) 962-8700       Email address    jstutz@emlawkc.com

#12365; MO #30820 MO
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Missouri

In re    Lakeshore Farms, Inc.

Debtor(s)

Case No. 

Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Hourly |
| Prior to the filing of this statement I have received | $ | 35,000 |
| Balance Due subject to Court approval | $ | Hourly |

2.  $ __1,717.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor      ☑ Other (specify):      GDD Lakeshore Properties, LLC

4.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| February 22, 2018 | /s/ Joanne B. Stutz |
| *Date* | Joanne B. Stutz #12365; MO #30820 |
| | *Signature of Attorney* |
| | Evans & Mullinix, P.A. |
| | 7225 Renner Road, Suite 200 |
| | Shawnee, KS 66217 |
| | (913) 962-8700   Fax: (913) 962-8701 |
| | jstutz@emlawkc.com |
| | *Name of law firm* |

American Express
PO Box 360001
Fort Lauderdale FL 33336


Bank of America
PO Box 45224
Jacksonville FL 32232


Bartlett Grain Company
4900 Main St Ste 1200
Kansas City MO 64112


Bill Neff Family Farm
Highway A
Graham MO 64455


Buntz Seed
29205 Highway 59
Oregon MO 64473


CAT Financial
PO Box 978595
Dallas TX 75397


Cliff Herndon
22257 State Highway EE
Maryville MO 64468


CNH Capital
PO Box 78004
Phoenix AZ 85062


CoBank Farm Credit Leasing
600 Highway 169 South
Minneapolis MN 55426


Foley Equipment
3619 Pear Street
Saint Joseph MO 64503


Frontier Bank
1616 Harlan Street
Falls City NE 68355

Gerald Newberry
34426 109th St
Parnell MO 64475


Graybill Tire and Repair
1301 225th St
Rock Port MO 64482


Harold Lewis
37693 State Highway H
Graham MO 64455


Hiawatha Implement
2100 Oregon St
Hiawatha KS 66434


Hugh King
1909 Ivanhoe St
Denver CO 80220


Hullmans Ford Lincoln
1416 Harlan St
Falls City NE 68355


Jacqueline Wardrobe
19180 State Highway E
Parnell MO 64475


Jerry Tekolste
7407 Pella Road
Firth NE 68358-5000


John Deere Financial
6400 NW 86th St
PO Box 5600
Reasnor IA 50232


John Manville Farms
36217 E. 280th Ave
Gilman City MO 64642


Jonathan L. Russell
24806 Highway 159
Forest City MO 64451

K and K Farming
19540 Kings View Drive
Mound City MO 64470


K+ Angus Ranch
19540 Kingsview Drive
Mound City MO 64470


Key Bank
PO Box 94722
Cleveland OH 44101


Kirby & Mary Hanson
20742 Falcon Trail
Graham MO 64455


Kirwan Family
19540 Kings View Drive
Mound City MO 64470


Kurtz Rural Aviation
PO Box 44
Mound City MO 64470


LCA Bank Corp
3150 STE 300
Troy MI 48083


Mark Lytle
26542 Outer Road
Rock Port MO 64482


Nancy Jorgensen
5808 S Tulip Lane
Brookline MO 65619


Nancy Potter
Murphy Taylor Siemens & Elliott PC
3007 Frederick Avenue
Saint Joseph MO 64506


Nodaway Valley Credit Card
Card Member Service
PO Box 790406
Saint Louis MO 63179

Northland Capital
PO Box 7278
Saint Cloud MN 56302


Northwest Implement
29197 US Highway 71
Maryville MO 64468


Pauline Hanson
64184 712 Road
Dawson NE 68337


Petro Card 24
MFA Oil Company
PO Box 519
Columbia MO 65205


Pittenger Law Group LLC
6900 College Blvd Ste 325
Leawood KS 66211


Rain and Hail
9200 North Park Drive Ste 200
Johnston IA 50131


Road Builders
1001 S 7th St Trafficway
Kansas City KS 66105


Robert Hall Trust
Highway E
Mound City MO 64470


Steve Gauge and Greg McQuinn
117 North Alanthus Ave
Stanberry MO 64489


Stine Seed Company
22555 Laredo Trail
Adel IA 50003


TD Auto
PO Box 16035
Lewiston ME 04243

Trans Lease, Inc.
PO Box 172686
Denver CO 80217


Tubbs Farms, LLC
19049 Holt 211
Craig MO 64437


Union Bank & Trust
PO Box 82535
Lincoln NE 68501

# United States Bankruptcy Court
## Western District of Missouri

In re    Lakeshore Farms, Inc.                  Case No.                         

                                                   Debtor(s)      Chapter     11

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:    February 22, 2018                     /s/ Jonathan L. Russell

                                                Jonathan L. Russell/President
                                                 Signer/Title

**Fill in this information to identify the case:**

Debtor name ___Lakeshore Farms, Inc.___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___February 22, 2018___        **X** /s/ Jonathan L. Russell
                                            Signature of individual signing on behalf of debtor

                                            Jonathan L. Russell
                                            Printed name

                                            President
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Lakeshore Farms, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hiawatha Implement 2100 Oregon St Hiawatha, KS 66434 | | Business debt - part repairs (includes charge back for John Deere) | Disputed | | | $580,232.41 |
| Stine Seed Company 22555 Laredo Trail Adel, IA 50003 | | Business debt - seed | | | | $351,839.04 |
| Buntz Seed 29205 Highway 59 Oregon, MO 64473 | | Business debt - seed | | | | $260,946.00 |
| Rain and Hail 9200 North Park Drive Ste 200 Johnston, IA 50131 | | Business debt - crop insurance | | | | $205,656.00 |
| American Express PO Box 360001 Fort Lauderdale, FL 33336 | | Business debt | | | | $107,784.82 |
| CAT Financial PO Box 978595 Dallas, TX 75397 | | Business debt - repairs | | | | $23,674.12 |
| CNH Capital PO Box 78004 Phoenix, AZ 85062 | | Business debt - repairs | | | | $21,667.90 |
| Bank of America PO Box 45224 Jacksonville, FL 32232 | | 2011 Mercedes - returning to Bank of America | | $61,588.55 | $40,000.00 | $21,588.55 |
| Nodaway Valley Credit Card Card Member Service PO Box 790406 Saint Louis, MO 63179 | | Business debt | | | | $17,379.88 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Lakeshore Farms, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Foley Equipment 3619 Pear Street Saint Joseph, MO 64503 | | Business debt - repaired 2009 Peterbilt Foley Equipment will not release the equipment | | | | $12,542.61 |
| Key Bank PO Box 94722 Cleveland, OH 44101 | | Cat Hull 36 foot race boat | | $151,851.59 | $140,000.00 | $11,851.59 |
| Petro Card 24 MFA Oil Company PO Box 519 Columbia, MO 65205 | | Business debt | | | | $10,000.00 |
| Graybill Tire and Repair 1301 225th St Rock Port, MO 64482 | | Business debt - repairs | | | | $9,156.43 |
| Tubbs Farms, LLC 19049 Holt 211 Craig, MO 64437 | | Business debt - combining | | | | $8,344.68 |
| Kurtz Rural Aviation PO Box 44 Mound City, MO 64470 | | Business debt - airplane sprayer | | | | $3,390.00 |
| Road Builders 1001 S 7th St Trafficway Kansas City, KS 66105 | | Business debt - repairs | | | | $2,325.26 |
| Northwest Implement 29197 US Highway 71 Maryville, MO 64468 | | Business debt - repair bill | | | | $2,000.00 |
| Hullmans Ford Lincoln 1416 Harlan St Falls City, NE 68355 | | Business debt - repairs | | | | $1,422.55 |
| TD Auto PO Box 16035 Lewiston, ME 04243 | | 2016 Ford F350 | | $50,144.12 | $50,000.00 | $144.12 |
| TD Auto PO Box 16035 Lewiston, ME 04243 | | deficiency on 2012 Chevrolet Silverado -was repossessed on 2/22/18 | | | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Missouri

In re  Lakeshore Farms, Inc.

Debtor(s)

Case No.

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jonathan L. Russell<br>24806 Highway 59<br>Forest City, MO 64451 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  February 22, 2018

Signature  /s/ Jonathan L. Russell

Jonathan L. Russell

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name    Lakeshore Farms, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................................    $    0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................................    $    8,526,745.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...........................................................................................    $    8,526,745.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    3,955,541.70

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    1,618,361.70

4.    Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b    $    5,573,903.40

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Lakeshore Farms, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1.  Nodaway Valley Bank | Checking | | $0.00 |
| 3.2.  Frontier Bank (overdrawn) | Checking | | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $0.00

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ■ No. Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Lakeshore Farms, Inc.    Case number *(If known)* _____
          Name

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,291,245.00 | - | 0.00 | = .... | $1,291,245.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$1,291,245.00

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

14.1.    Hedge Fund at R.J. O'Brien (balance is $-3,423.00)    $0.00

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                            % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.    **Crops-either planted or harvested** 250,000 bushels - hauling daily - 6 weeks - to elevator | $0.00 | | $1,000,000.00 |

29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Lakeshore Farms, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
|---|---|---|---|---|
| | see attached list | $0.00 | | $4,923,000.00 |

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**

$5,923,000.00

Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　☐ No
　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____     Valuation method _____     Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | 2013 Ford F-350 - paid in full on  on 2/22/18 | $0.00 | | $7,500.00 |
|---|---|---|---|---|
| 47.2. | 2011 Mercedes - returning to Bank of America | $0.00 | | $40,000.00 |
| 47.3. | 2016 Ford F350 | $0.00 | | $50,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Lakeshore Farms, Inc.                                    Case number *(if known)*
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.4. | 2015 Ford F-350 | $0.00 | | $25,000.00 |

| | | | | |
|---|---|---|---|---|
| 47.5. | 2016 Cadillac Escalade - Mrs. Russell drives this | $0.00 | | $50,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | Cat Hull 36 foot race boat | $0.00 | | $140,000.00 |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                         $312,500.00

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Lakeshore Farms, Inc.
_____
          Name

Case number (If known) _____

Claim against Farmer's National Company and Janet
Longanecker (See 11 - included in accounts receivable)                    Unknown

---

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
       Possible suit against John Manville Farms for wrongful
       foreclosure                                                        Unknown
       **Nature of claim**
       **Amount requested**                    $0.00

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

       John Manville Farms, LLC                                           $1,000,000.00

---

78.    **Total of Part 11.**                                              $1,000,000.00
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | Lakeshore Farms, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,291,245.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $5,923,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $312,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,526,745.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,526,745.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# Balance Sheet Schedules
## 12/01/2017 - 12-01-2017 Balance Sheet

Lakeshore Farms, Inc.

Cust. # 38610069

| Cash & Equivalents | | | | | | Value | Cost Basis Col. |
|---|---|---|---|---|---|---|---|
| Frontier Bank - Checking | | | | | | -8,309 | |
| Frontier Bank - Checking | | | | | | -1,659 | |
| | | | | | | -9,968 | |

| Crop Inventory | | Measure | # Units | Per Unit | Calc. Basis | Value | Cost Basis Col. |
|---|---|---|---|---|---|---|---|
| Corn – White | | Bu. | 260,000.00 | 3.60 | Unit | 936,000 | Yes |
| Soybeans - net of trucking | | Bu. | 400,000.00 | 9.30 | Unit | 3,720,000 | Yes |
| Soybeans - unpriced | | Bu. | 155,531.00 | 9.20 | Unit | 1,430,885 | Yes |
| | | | 815,531.00 | | | 6,086,885 | |

| Machinery & Equipment | Qty | Year | | Acc. Depr. | Value | Cost Basis Col. |
|---|---|---|---|---|---|---|
| 2009 Peterbilt - Perterbilt - 379 | 1 | 2009 | | | 65,000 | Yes |
| 2005 Peterbilt - Peterbilt - 379 Day Cab | 1 | 2005 | | | 55,000 | Yes |
| 2004 Peterbilt - Peterbilt - 379 | 1 | 2004 | | | 50,000 | Yes |
| 2007 Peterbilt - Peterbilt - 379 | 1 | 2007 | | | 60,000 | Yes |
| 2005 Peterbilt - Peterbilt - 379 (New Motor) | 1 | 2005 | | | 55,000 | Yes |
| 1400 Rear Blade - Johnson | 1 | | | | 5,000 | Yes |
| '14x15 Rotary - J Deere | 1 | | | | 8,000 | Yes |
| 9560 Crawler Tractor - J Deere | 1 | | | | 190,000 | Yes |
| 1535 Elevator - BMF | 1 | | | | 6,000 | Yes |
| 1535 Elevator - BMF | 1 | | | | 6,000 | Yes |
| 6104 Auger - Bahler | 1 | | | | 6,000 | Yes |
| 1545 Elevator - Batco | 1 | | | | 10,000 | Yes |
| Tanker - TransLease | 1 | 2013 | | | 15,000 | |
| Grain Trailer - Timpte | 1 | 2014 | | | 38,000 | |
| 8430 Row-Crop Tractor - J Deere SN: RW8430P030274 | 1 | 2009 | | | 90,000 | Yes |
| 8335 Crawler Tractor-Track Tractor - J Deere SN: 1RW8335RKCP908288 | 1 | 2013 | | | 170,000 | Yes |
| 8335 Row-Crop Tractor - J Deere SN: 1RW8335RCCP059962 | 1 | 2013 | | | 170,000 | Yes |
| Pivot - coll. to FmCredit Leasing | 1 | | | | 60,000 | |
| 2210 Cultivator - J Deere SN: NO2210X008065 | 1 | 2009 | | | 40,000 | Yes |
| 2623 Disk - J Deere SN: 1N02623XCD0750810 | 1 | | | | 35,000 | Yes |
| 45' Harrow - Phillips | 1 | | | | 30,000 | Yes |
| DB90 36 Row Planter - J Deere SN: 1A0DB90XCDM750191 | 1 | 2013 | | | 150,000 | Yes |
| 4-box seed Tenders Trailers (15,000 each) | 2 | 2009 | | | 25,000 | Yes |
| Irrigation Feritlizer pumps (15,000 each) | 7 | 2008 | | | 90,000 | Yes |
| DMI 9 Shank Ripper | 1 | 2009 | | | 15,000 | Yes |
| 1770 24 row Planter - J Deere | 1 | 2012 | | | 140,000 | Yes |
| 1308 Spray / Saddle tanks - New Leader SN: 12139 | 1 | | | | 10,000 | Yes |
| 930 Fertilizer Applicator - Case IH - Nutri -placer SN: YCD060566 | 1 | 2012 | | | 40,000 | Yes |
| 940 Fertilizer Applicator - Case IH - Nutri -placer SN: YCD060900 | 1 | 2012 | | | 60,000 | Yes |
| 6 ton Adjustable Axle Cart - Montag SN: C12109 | 1 | 2012 | | | 10,000 | Yes |
| Gooseneck Anhydrous Wagon - B&B - 1450 Gal Tanden rear axle SN: 4L5WT2034DF027156 | 1 | 2012 | | | 12,000 | Yes |
| 2-Anhydrous Tanks & Running Gear | 1 | | | | 10,000 | Yes |

# Balance Sheet Schedules
12/01/2017 - 12-01-2017 Balance Sheet

Lakeshore Farms, Inc.

Cust. # 38610069

| | Qty | Year | | Value | Cost Basis | Col. |
|---|---|---|---|---|---|---|
| SN: 6NU003823 | | | | | | |
| Gooseneck Anhydrous Wagon - B&B - 1450 Gal Tanden rear axle | 1 | 2012 | | 12,000 | | Yes |
| SN: 4L5WT2032DF027155 | | | | | | |
| 2-Anhydrous Tanks & Running Gear | 1 | | | 10,000 | | Yes |
| SN: 6NU003831 | | | | | | |
| Gooseneck Anhydrous Wagon - B&B - 1450 Gal Tandem rear axle | 1 | 2012 | | 12,000 | | Yes |
| SN: 4L5WT2036DF027157 | | | | | | |
| Timpte Grain Hoppers Trailers (50,000 each) | 2 | 2012 | | 65,000 | | |
| 140 tracks skid steer - Takeuchi | 1 | 2009 | | 18,000 | | Yes |
| Combine Head Trailers (6,500 each) | 2 | 2009 | | 10,000 | | Yes |
| Multiple sizes 130 ft to 25 ft Auger Wagons (16,250 each) | 4 | 2011 | | 40,000 | | Yes |
| 10000 bu per hor REM Grain Vac | 1 | 2010 | | 15,000 | | Yes |
| 4228 Super Hopp - Timpte - coll. to Northland Capital | 1 | 2013 | | 35,000 | | |
| SN: 1TDH42221DB139923 | | | | | | |
| 36' Transport - Harvest Hand | 1 | | | 15,000 | | Yes |
| SN: TAG374 | | | | | | |
| 1060 Auger - Buhler | 1 | | | 12,000 | | Yes |
| SN: 21051839 | | | | | | |
| 1370 Auger - Buhler | 1 | | | 12,000 | | Yes |
| SN: 21906269 | | | | | | |
| 122 Auger - Buhler | 1 | | | 12,000 | | Yes |
| SN: 220087411 | | | | | | |
| 5500 Gallon tankers Trailers (10,000 each) | 2 | 1975 | | 16,000 | | Yes |
| Irrigation Pivots (11 tower, 7T and 10T) (20,000 each) - Zimmatic | 3 | 2009 | | 60,000 | | |
| 30 HP Dewatering pumps (12,500 each) | 2 | 2010 | | 20,000 | | Yes |
| 15 ft CX-15 Mower - J Deere | 1 | 2009 | | 8,000 | | Yes |
| 7300 Auto track - J Deere | 1 | 2010 | | 15,000 | | Yes |
| Pivot Bridges | 1 | 2009 | | 10,000 | | Yes |
| 16 ft Trailers   (7,500 each) | 4 | 2009 | | 20,000 | | Yes |
| 1200 gallon fuel trailer | 1 | 2011 | | 7,000 | | Yes |
| tools | 1 | | | 5,000 | | Yes |
| Fertilizer Tanker 5000 Gal | 1 | | | 30,000 | 60,000 | Yes |
| 4268 Grain Trailer 42'2"x96" - Timpte - coll. to Northland Capital | 1 | 2011 | | 30,000 | | |
| SN: 1TDH42221BB130605 | | | | | | |
| 4268 Grain Trailer 42'2"x96" - Timpte - coll. to Northland Capital | 1 | | | 30,000 | | |
| SN: 1TDH42223BB130606 | | | | | | |
| 4228 Grain Trailer 42'2"x10 - Timpte - coll. to Northland Capital | 1 | | | 30,000 | | |
| SN: 1TDH42229CB135830 | | | | | | |
| Polaris Ranger - clean | 1 | 2015 | | 10,000 | | |
| | | | | 2,285,000 | 60,000 | |

| Vehicles | Qty | Year | Acc. Depr. | Value | Cost Basis | Col. |
|---|---|---|---|---|---|---|
| 2014 Camery - clean | | | | 20,000 | | |
| 2013 Ford F-350 | | | | 32,000 | | |
| 2015 Ford F-350 - Union Bank 26.9 | | | | 32,000 | | |
| 2015 Denali Yukon | | | | 40,000 | | |
| | | | | 124,000 | | |

Document   Page 25 of 55

# Balance Sheet Schedules

12/01/2017 - 12-01-2017 Balance Sheet

Lakeshore Farms, Inc.

Cust. # 38610069

| Real Estate - Land | Total Acres | Crop Acres | Per Acre | Calc. Basis | Year Pur. | Assessed Value | Acc. Depr. | Value | Cost Basis | Col. |
|---|---|---|---|---|---|---|---|---|---|---|
| Brownville Elevator | | | | Total | | | | 350,000 | | Yes |
| County: NEMAHA   State: NE | | | | | | | | | | |
| Forest City (impl shed) | | | | Total | | | | 120,000 | | Yes |
| County: HOLT   State: MO | | | | | | | | | | |
| Fortescue Elevator/bin site | | | | Total | | | | 400,000 | | |
| County: HOLT   State: MO | | | | | | | | | | |
| | | | | | | | | 870,000 | | |

| Accounts Payable | Value | Cost Basis |
|---|---|---|
| Pioneer seed 2017 | 234,000 | 234,000 |
| Stine seed 2017 | 325,000 | 325,000 |
| | 559,000 | 559,000 |

# Balance Sheet Schedules

12/01/2017 - 12-01-2017 Balance Sheet

Lakeshore Farms, Inc.

Cust. # 38610069

| Loan Schedule | Purpose | | Int. Rate | Accrued Interest | Cur. Port. Prin. Due | Non-Cur. Prin. Bal. | Total Prin. Bal. | P. & I. Pmt. | Pmt. Date | Mature Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Frontier Bank * 1100526327 (200) | Cur. | 2016 OP | 5.75 | 51,966 | | 2,772,000 | 2,772,000 | 187,163 | 01/15/2018 | 03/01/2018 |
| Ag Resource Mgmt | Cur. | | | | 4,271,366 | | 4,271,366 | 4,271,366 P | | |
| Frontier Bank 452946 (100) * | Int. | 2 Fertilizer Applicators & Tanks | 4.95 | 3,362 | 54,501 | 57,662 | 112,163 | 60,053 | 01/15/2018 | 01/15/2018 |
| Frontier Bank 490672 (100) * | Int. | Refi 2004 Peterbuilt | 6.95 | 241 | 5,708 | 29 | 5,737 | 6,107 | 01/15/2018 | 01/15/2018 |
| Frontier Bank 473702 (400) * | Int. | Concrete Shop Floor & Combine notes | 6.25 | 2,698 | 7,836 | 63,467 | 71,303 | 12,292 | 01/15/2018 | 01/15/2018 |
| Fortune Bank 2012 Timpte Hopper | Int. | 2012 Timpte Super Hopper | 4.00 | 406 | 35,954 | -15,151 | 20,803 | 36,132 | 07/06/2017 | 06/06/2018 |
| Northland Capital 3942-019 | Int. | Tracks for combine 2014 Horsch Joker | 2.50 | 1,226 | 17,244 | 31,010 | 48,254 | 18,450 | 11/28/2017 | 11/28/2019 |
| Northland Capital 3942-018 | Int. | 2013 Timpte | 2.50 | 56 | 8,322 | -3,954 | 4,368 | 8,431 | 05/28/2018 | 05/28/2018 |
| Northland Capital 3942-020 | Int. | | 2.50 | 8,798 | 34,711 | 150,646 | 185,357 | 39,345 | 01/08/2017 | 01/01/2021 |
| Northland Capital 3942-021 | Int. | | 2.50 | 687 | 6,579 | 28,255 | 34,834 | 7,450 | 02/28/2018 | 01/28/2022 |
| Northland Capital 3942-022 | Int. | | 2.50 | 2,190 | 29,640 | 83,742 | 113,382 | 32,475 | 02/28/2018 | 01/28/2021 |
| Northland Capital 3942-023 | Int. | | 2.50 | 3,328 | 43,260 | 152,635 | 195,895 | 48,157 | 03/28/2018 | 03/28/2021 |
| Northland Capital 3742-024 | Int. | | 2.50 | 279 | 7,848 | 32,918 | 40,766 | 8,867 | 02/02/2018 | 01/01/2022 |
| TD Auto Finance 1100699619 * | Int. | 2013 Pickup | 4.45 | 38 | 11,417 | -4,718 | 6,699 | 11,484 | 11/15/2017 | 04/15/2018 |
| TD Auto Finance 1654455 * | Int. | auto loan | 3.77 | 246 | 10,941 | 40,906 | 51,847 | 12,708 | 11/16/2017 | 02/01/2022 |
| TD Auto Finance 1606919 * | Int. | auto loan | 3.81 | 237 | 10,629 | 37,749 | 48,378 | 12,288 | 11/15/2017 | 12/01/2020 |
| TD Auto Finance 1675539 * | Int. | Auto Loan | 5.03 | 75 | 4,515 | 12,504 | 17,019 | 5,268 | 11/30/2017 | 03/30/2021 |
| Trans Lease 20008 (2013 Tempte) | Int. | 2013 Timpte | 4.00 | 9 | 8,211 | -7,556 | 655 | 8,088 | 08/31/2017 | 08/31/2017 |
| Trans Lease 20009 (2013 Tanker) | Int. | 2013 Tanker | 4.00 | 23 | 11,522 | 265 | 11,787 | 11,784 | 12/13/2017 | 03/13/2018 |
| Trans Lease 20010 (2014 Timpte) | Int. | 2014 Timpte | 4.00 | 25 | 11,352 | -3,489 | 7,863 | 11,460 | 12/02/2017 | 10/02/2018 |
| Union Bank 86000409870115 * | Int. | 2015 Ford F350 | 2.50 | 77 | 11,773 | 15,158 | 26,931 | 12,312 | 11/20/2017 | 01/15/2020 |
| | | | | 75,967 | 4,603,330 | 3,444,077 | 8,047,407 | 4,821,680 | | |

R = Refinanced Loans
P = Prior Liens

## Personal

| Cash & Equivalents | | Value | Cost Basis Col. |
|---|---|---|---|
| Jon & Sarah Russell | | 17,188 | |
| | | 17,188 | |

| Other Intermediate Assets | Acc. Depr. | Value | Cost Basis Col. |
|---|---|---|---|
| 2002 Regal 4260 Cruiser | | 175,000 | |
| 2004 Nortech 3600 Supercat | | 215,000 | |
| | | 390,000 | |

# Balance Sheet Schedules
### 12/01/2017 - 12-01-2017 Balance Sheet

Lakeshore Farms, Inc.

Cust. # 38610069

| Real Estate - Land | | Total Acres | Per Acre | Calc. Basis | Year Pur. | Assessed Acc. Depr. Value | Value | Cost Basis Col. |
|---|---|---|---|---|---|---|---|---|
| 8600 N. Sycamore, KC, MO | | | | Total | | | 616,000 | Yes |
| *County: ADAIR   State: MO   Owner: GDD* | | | | | | | | |
| House (Forest City) | | | | Total | | | 225,000 | Yes |
| *County: HOLT   State: MO   36-61-39* | | | | | | | | |
| | | | | | | | 841,000 | |

| Other Current Liabilities | Value | Cost Basis |
|---|---|---|
| credit cards | 9,003 | 9,003 |
| | 9,003 | 9,003 |

| Loan Schedule | | Purpose | Int. Rate | Accrued Interest | Cur. Port. Prin. Due | Non-Cur. Prin. Bal. | Total Prin. Bal. | P. & I. Pmt. | Pmt. Date | Mature Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank of America 40851802 * | Int. | Auto Loan | 4.90 | 128 | 12,288 | 51,090 | 63,378 | 15,120 | 12/16/2017 | 05/01/2022 |
| CNTLBK-Ozark 641284149 * | Int. | boat lift | 5.98 | 25 | 6,584 | -3,331 | 3,253 | 6,600 | 11/15/2017 | 04/15/2018 |
| Fortune Bank 11925370 * | Int. | 2002 Regal 4260 Cruiser Boat | 4.00 | 39 | 35,932 | -12,191 | 23,741 | 36,228 | 12/16/2017 | |
| Frontier Bank 424680 (400) * | L.T. | Remodel Home & combine Note #412940 | 5.25 | 729 | 8,674 | 121,236 | 129,910 | 15,288 | 11/23/2017 | 11/30/2019 |
| Frontier Bank 1100518449 (400) * | L.T. | RE - GDD Lakeshore Properties, LLC | 4.95 | 1,413 | 8,676 | 258,537 | 267,213 | 21,708 | 11/23/2017 | 08/25/2023 |
| Key Bank 3211024872665 * | L.T. | 2004 Nortech Boat 3600 Supercat | 8.00 | 545 | 11,218 | 144,177 | 155,395 | 23,244 | 12/15/2017 | 03/15/2028 |
| | | | | 2,879 | 83,373 | 559,517 | 642,890 | 118,188 | | |

R = Refinanced Loans
P = Prior Liens

**Fill in this information to identify the case:**

Debtor name ___Lakeshore Farms, Inc.___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Bank of America<br>Creditor's Name<br><br>PO Box 45224<br>Jacksonville, FL 32232<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** 1802<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>2011 Mercedes - returning to Bank of America<br><br><br>Describe the lien<br>Automobile Loan<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61,588.55 | $40,000.00 |
| **2.2** Frontier Bank<br>Creditor's Name<br><br>1616 Harlan Street<br>Falls City, NE 68355<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>Equipment and Machinery and Grain<br><br><br>Describe the lien<br>Business Loan<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $2,772,000.00 | $5,923,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor      Lakeshore Farms, Inc.
_____
Name

Case number (if know) _____

☑ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | John Manville Farms | Describe debtor's property that is subject to a lien | $850,000.00 | $1,200,000.00 |

Creditor's Name

36217 E. 280th Ave
Gilman City, MO 64642

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | Key Bank | Describe debtor's property that is subject to a lien | $151,851.59 | $140,000.00 |

Creditor's Name

PO Box 94722
Cleveland, OH 44101

Creditor's mailing address

Cat Hull 36 foot race boat

**Describe the lien**
Boat loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
2665

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | TD Auto | Describe debtor's property that is subject to a lien | $50,144.12 | $50,000.00 |

Creditor's Name

PO Box 16035
Lewiston, ME 04243

Creditor's mailing address

2016 Ford F350

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 4

Debtor  Lakeshore Farms, Inc.                                          Case number (if know)
        Name

---

**Date debt was incurred**

**Last 4 digits of account number**
4695

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | TD Auto | Describe debtor's property that is subject to a lien | $45,906.05 | $50,000.00 |
|-----|---------|------------------------------------------------------|------------|------------|

Creditor's Name

PO Box 16035
Lewiston, ME 04243
Creditor's mailing address

2016 Cadillac Escalade - Mrs. Russell drives this

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | TD Auto | Describe debtor's property that is subject to a lien | $0.00 | $7,500.00 |
|-----|---------|------------------------------------------------------|-------|-----------|

Creditor's Name

PO Box 16035
Lewiston, ME 04243
Creditor's mailing address

2013 Ford F-350 - paid in full on  on 2/22/18

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Union Bank & Trust | Describe debtor's property that is subject to a lien | $24,051.39 | $25,000.00 |
|-----|--------------------|------------------------------------------------------|------------|------------|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   Lakeshore Farms, Inc.
_____
Name

Case number (if know)   _____

| | |
|---|---|
| Creditor's Name | 2015 Ford F-350 |
| PO Box 82535 Lincoln, NE 68501 | |
| Creditor's mailing address | **Describe the lien** Automobile Loan |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** 0987 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $3,955,541.70 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Nancy Potter Murphy Taylor Siemens & Elliott PC 3007 Frederick Avenue Saint Joseph, MO 64506 | Line  2.3 | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Lakeshore Farms, Inc.___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets – Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $107,784.82 |
| --- | --- | --- | --- |
| | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2016_ | **Basis for the claim:** _Business debt_ | |
| | **Last 4 digits of account number** _6006_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | Bartlett Grain Company<br>4900 Main St Ste 1200<br>Kansas City, MO 64112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _For notice purposes_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $260,946.00 |
| --- | --- | --- | --- |
| | Buntz Seed<br>29205 Highway 59<br>Oregon, MO 64473 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2017_ | **Basis for the claim:** _Business debt - seed_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,674.12 |
| --- | --- | --- | --- |
| | CAT Financial<br>PO Box 978595<br>Dallas, TX 75397 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2017_ | **Basis for the claim:** _Business debt - repairs_ | |
| | **Last 4 digits of account number** _7479_ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Lakeshore Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address**
CNH Capital
PO Box 78004
Phoenix, AZ 85062

**Date(s) debt was incurred** 2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.   **$21,667.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business debt - repairs

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Foley Equipment
3619 Pear Street
Saint Joseph, MO 64503

**Date(s) debt was incurred** 2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.   **$12,542.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business debt - repaired 2009 Peterbilt
Foley Equipment will not release the equipment

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
Graybill Tire and Repair
1301 225th St
Rock Port, MO 64482

**Date(s) debt was incurred** 2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.   **$9,156.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business debt - repairs

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**
Hiawatha Implement
2100 Oregon St
Hiawatha, KS 66434

**Date(s) debt was incurred** 2016

**Last 4 digits of account number** 1544

**As of the petition filing date, the claim is:** Check all that apply.   **$580,232.41**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Business debt - part repairs (includes charge back for
John Deere)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**
Hullmans Ford Lincoln
1416 Harlan St
Falls City, NE 68355

**Date(s) debt was incurred** 2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.   **$1,422.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business debt - repairs

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**
John Deere Financial
6400 NW 86th St
PO Box 5600
Reasnor, IA 50232

**Date(s) debt was incurred** 2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** $400,000.00 deficiency on equipment - returned 4 pieces
- they sold without proper notice - included in Hiawatha claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**
Kurtz Rural Aviation
PO Box 44
Mound City, MO 64470

**Date(s) debt was incurred** 2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.   **$3,390.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business debt - airplane sprayer

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lakeshore Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,379.88

Nodaway Valley Credit Card
Card Member Service
PO Box 790406
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00

Northwest Implement
29197 US Highway 71
Maryville, MO 64468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

**Basis for the claim:**  Business debt - repair bill

Last 4 digits of account number  128

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00

Petro Card 24
MFA Oil Company
PO Box 519
Columbia, MO 65205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205,656.00

Rain and Hail
9200 North Park Drive Ste 200
Johnston, IA 50131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

**Basis for the claim:**  Business debt - crop insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,325.26

Road Builders
1001 S 7th St Trafficway
Kansas City, KS 66105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

**Basis for the claim:**  Business debt - repairs

Last 4 digits of account number  S006

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351,839.04

Stine Seed Company
22555 Laredo Trail
Adel, IA 50003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

**Basis for the claim:**  Business debt - seed

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

TD Auto
PO Box 16035
Lewiston, ME 04243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  deficiency on 2012 Chevrolet Silverado -was repossessed on 2/22/18

Last 4 digits of account number  5539

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lakeshore Farms, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,344.68 |
|---|---|---|---|

Tubbs Farms, LLC
19049 Holt 211
Craig, MO 64437

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017_

**Last 4 digits of account number** _100_

**Basis for the claim:** _Business debt - combining_

Is the claim subject to offset? ☑ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Pittenger Law Group LLC<br>6900 College Blvd Ste 325<br>Leawood, KS 66211 | Line _3.1_ <br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,618,361.70 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,618,361.70 |

**Fill in this information to identify the case:**

Debtor name __Lakeshore Farms, Inc.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Rental of 1206.9 acres for farming annual payment of $301,725.00<br>expires 12/31/18<br><br>Bill Neff Family Farm<br>Highway A<br>Graham, MO 64455 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Rental of 61 acres for farming annual payment of $12,200.00<br>expires 2/1/19<br><br>Cliff Herndon<br>22257 State Highway EE<br>Maryville, MO 64468 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | 2014 Soucy Tracks - Contract #001-0066417-000<br>2014 8345rt John Deere Tractor - Contract #001-0066962-000<br>2015 Phillips Harrow - Contract #001-0071287-000<br><br>CoBank Farm Credit Leasing<br>600 Highway 169 South<br>Minneapolis, MN 55426 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | Rental of 858.21 acres for farming annual payment of $200,000.00<br>expires 12/31/20<br><br>Gerald Newberry<br>34426 109th St<br>Parnell, MO 64475 |

Debtor 1   Lakeshore Farms, Inc.
           First Name            Middle Name            Last Name

Case number *(if known)*

---

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Rental of 283.3 acres for farming annual payment of $63,742.50 | |
|---|---|---|---|
| | State the term remaining | expires 2020 | Harold Lewis |
| | List the contract number of any government contract | | 37693 State Highway H Graham, MO 64455 |

---

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Rental of 74.34 acres for farming annual payment of $11,151.00 | |
|---|---|---|---|
| | State the term remaining | expires 12/31/2020 | Hugh King |
| | List the contract number of any government contract | | 1909 Ivanhoe St Denver, CO 80220 |

---

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Rental of 70 acres for farming annual payment of $10,500.00 | |
|---|---|---|---|
| | State the term remaining | expires 12/31/20 | Jacqueline Wardrobe |
| | List the contract number of any government contract | | 19180 State Highway E Parnell, MO 64475 |

---

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Rental of 740 acres for farming annual payment of $240,500.00 | |
|---|---|---|---|
| | State the term remaining | | Jerry Tekolste |
| | List the contract number of any government contract | | 7407 Pella Road Firth, NE 68358-5000 |

---

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Rental of land for farming annual payment of $71,920.00 | |
|---|---|---|---|
| | State the term remaining | expires 12/31/18 | K and K Farming |
| | List the contract number of any government contract | | 19540 Kings View Drive Mound City, MO 64470 |

---

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Rental of land for farming Annual payment of $424,680.00 | K+ Angus Ranch 19540 Kingsview Drive Mound City, MO 64470 |
|---|---|---|---|

---

Debtor 1    Lakeshore Farms, Inc.
      First Name          Middle Name         Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | expires 9/1/19 | |
| List the contract number of any government contract | _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Rental of 138 acres for farming annual payment of $34,500.00 | |
|---|---|---|---|
| | State the term remaining | expires 3/1/19 | Kirby & Mary Hanson 20742 Falcon Trail Graham, MO 64455 |
| | List the contract number of any government contract | _____ | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Rental of land for farming annual payment of $66,700.00 | |
|---|---|---|---|
| | State the term remaining | expires 9/1/19 | Kirwan Family 19540 Kings View Drive Mound City, MO 64470 |
| | List the contract number of any government contract | _____ | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | 2007 Peterbilt Semi - at KC Peterbilt to be sold | |
|---|---|---|---|
| | State the term remaining | | LCA Bank Corp 3150 STE 300 Troy, MI 48083 |
| | List the contract number of any government contract | _____ | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Rental of 140 acres for farming annual payment of $25,900.00 | |
|---|---|---|---|
| | State the term remaining | expires 1/1/2019 | Mark Lytle 26542 Outer Road Rock Port, MO 64482 |
| | List the contract number of any government contract | _____ | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Rental of 155.13 acres for farming annual payment of $31,026.00 Rental of 27.76 acres for farming annual paymnet of $5,552.00 | |
|---|---|---|---|
| | State the term remaining | expires 2/1/19 | Nancy Jorgensen 5808 S Tulip Lane Brookline, MO 65619 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   Lakeshore Farms, Inc.

| First Name | Middle Name | Last Name | Case number (if known) |
|---|---|---|---|



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | 2013 Timpte Hopper - Contract #3942-018 - expires 5/28/18<br>2014 Horsch Joker Implement Tool - Contract #3942-019 - expires 11/28/19<br>2014 John Deere 4940 Sprayer - Contract #3942-020 - expires 1/1/21<br>2017 Timpte Grain Trailer - Contract #3942-021 - expires 1/28/22<br>2008 John Deere 9430 Tractor - Contract #3942-022 - expires 1/28/21<br>2013 John Deere 8335r Tractor - Contract #3942-023 - expires 3/28/21<br>2017 Timpte Grain Hopper - Contract #3942-24 - expires 1/2021 | |
|---|---|---|---|
| | State the term remaining | see above | |
| | List the contract number of any government contract | | Northland Capital<br>PO Box 7278<br>Saint Cloud, MN 56302 |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Rental of 55 acres for farming annual payment of $12,217.34<br>Rental of 268 acres for farming annual payment of $58,960.00 | |
| | State the term remaining | expires 2/1/19 | |
| | List the contract number of any government contract | | Pauline Hanson<br>64184 712 Road<br>Dawson, NE 68337 |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Rental of 440 acres for farming annual payment of $115,000.00 | |
| | State the term remaining | expires 12/3/18 | Robert Hall Trust<br>Highway E<br>Mound City, MO 64470 |
| | List the contract number of any | | |

Debtor 1   Lakeshore Farms, Inc.
    First Name      Middle Name      Last Name        Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Rental of 532 acres for farming annual payment of 133,000.00  This lease has been cancelled by the landlord | |
| | State the term remaining | expires 12/31/18 | |
| | List the contract number of any government contract | | Steve Gauge and Greg McQuinn 117 North Alanthus Ave Stanberry, MO 64489 |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | 2013 Timpte Trailer - Contract #11105120008 - sold for $24,000.00 on 2/21/18 2014 Timpte Hopper - Contract #12,384.74 2013 Tanker - Contract #11105120009 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Trans Lease, Inc. PO Box 172686 Denver, CO 80217 |

**Fill in this information to identify the case:**

Debtor name ___Lakeshore Farms, Inc.___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Jonathan L. and Sarah Russell | 24806 Highway 159 Forest City, MO 64451 | Frontier Bank | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 Jonathan L. and Sarah Russell | 24806 Highway 159 Forest City, MO 64451 | John Manville Farms | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 Jonathan L. Russell | 24806 Highway 159 Forest City, MO 64451 | John Deere Financial | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |
| 2.4 Jonathan L. Russell | 24806 Highway 159 Forest City, MO 64451 | Bank of America | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 Jonathan L. Russell | 24806 Highway 159 Forest City, MO 64451 | TD Auto | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |

| Debtor | Lakeshore Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Jonathan L. Russell | 24806 Highway 159 Forest City, MO 64451 | TD Auto | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.7 | Jonathan L. Russell | 24806 Highway 159 Forest City, MO 64451 | Union Bank & Trust | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.8 | Jonathan L. Russell | 24806 Highway 159 Forest City, MO 64451 | Rain and Hail | ☐ D _____ ■ E/F ___3.15___ ☐ G _____ |
| 2.9 | Jonathan L. Russell | 24806 Highway 159 Forest City, MO 64451 | Stine Seed Company | ☐ D _____ ■ E/F ___3.17___ ☐ G _____ |
| 2.10 | Jonathan L. Russell | 24806 Highway 159 Forest City, MO 64451 | Buntz Seed | ☐ D _____ ■ E/F ___3.3___ ☐ G _____ |
| 2.11 | Jonathan L. Russell | 24806 Highway 159 Forest City, MO 64451 | Hullmans Ford Lincoln | ☐ D _____ ■ E/F ___3.9___ ☐ G _____ |
| 2.12 | Jonathan L. Russell | 24806 Highway 159 Forest City, MO 64451 | Kurtz Rural Aviation | ☐ D _____ ■ E/F ___3.11___ ☐ G _____ |
| 2.13 | Jonathan L. Russell | 24806 Highway 159 Forest City, MO 64451 | Northwest Implement | ☐ D _____ ■ E/F ___3.13___ ☐ G _____ |

Debtor ___Lakeshore Farms, Inc._____     Case number *(if known)* _____

| ▉ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|
| 2.14 | Jonathan L. Russell | 24806 Highway 159<br>Forest City, MO 64451 | CAT Financial | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.15 | Jonathan L. Russell | 24806 Highway 159<br>Forest City, MO 64451 | Road Builders | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.16 | Jonathan L. Russell | 24806 Highway 159<br>Forest City, MO 64451 | Hiawatha Implement | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.17 | Jonathan L. Russell | 24806 Highway 159<br>Forest City, MO 64451 | CNH Capital | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.18 | Jonathan L. Russell | 24806 Highway 159<br>Forest City, MO 64451 | Graybill Tire and Repair | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.19 | Jonathan L. Russell | 24806 Highway 159<br>Forest City, MO 64451 | Foley Equipment | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.20 | Jonathan L. Russell | 24806 Highway 159<br>Forest City, MO 64451 | Nodaway Valley Credit Card | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.21 | Jonathan L. Russell | 24806 Highway 159<br>Forest City, MO 64451 | American Express | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

| Debtor | Lakeshore Farms, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | Jonathan L. Russell | 24806 Highway 159<br>Forest City, MO 64451 | Petro Card 24 | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.23 | Jonathan L. Russell | 24806 Highway 159<br>Forest City, MO 64451 | Tubbs Farms, LLC | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.24 | Jonathan L. Russell | 24806 Highway 59<br>Forest City, MO 64451 | LCA Bank Corp | ☐ D _____<br>☐ E/F _____<br>■ G __2.13__ |
| 2.25 | Jonathan L. Russell | 24806 Highway 59<br>Forest City, MO 64451 | Northland Capital | ☐ D _____<br>☐ E/F _____<br>■ G __2.16__ |
| 2.26 | Jonathan L. Russell | 24806 Highway 159<br>Forest City, MO 64451 | Co - Bank | ☐ D _____<br>☐ E/F _____<br>■ G __2.3__ |
| 2.27 | Jonathan L. Russell | 24806 Highway 159<br>Forest City, MO 64451 | Trans Lease | ☐ D _____<br>☐ E/F _____<br>■ G __2.20__ |

---

**Fill in this information to identify the case:**

Debtor name _Lakeshore Farms, Inc._

United States Bankruptcy Court for the: _WESTERN DISTRICT OF MISSOURI_

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other _____ | $1,588,604.00 |
| For prior year: From 1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $3,386,646.62 |
| For year before that: From 1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $604,449.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

---

Debtor    Lakeshore Farms, Inc.                                            Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Fortune Bank<br>3494 Jeffco Blvd<br>Arnold, MO 63010 | monthly -<br>$3,000 per<br>month until<br>1/11/18 to pay<br>off loan | $6,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Holt County Collector | | $16,328.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Payment of Taxes_ |
| 3.3. MFA Fuel | | $47,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. Bartlett Fertilizer | | $62,038.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. John Wenneihan Farms Trucking<br>19411 X Avenue<br>Tarkio, MO 64491 | 12/16/17 and<br>12/20/17 | $9,948.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    Lakeshore Farms, Inc.  _____    Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Sarah Russell<br>24806 Highway 159<br>Forest City, MO 64451<br>Spouse | 1/4/17 -<br>$500.00<br>1/12/18 -<br>$2,000.00<br>8/29/17 -<br>$8,000.00<br>10/13/17 -<br>$2,000.00<br>11/15/17 -<br>$600.00<br>11/17/17 -<br>$2,000.00<br>11/22/17 -<br>$200.00<br>11/29/17 -<br>$2,000.00<br>12/19/17 -<br>$1,000.00<br>12/27/17  -<br>$1,000.00<br>12/28/17 -<br>$1,000.00 | $20,300.00 | amounts included in total on<br>question 30 |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| John Deere | 9530t tractor, 4930 sprayer, two 680 combines | March 2017 | $650,000.00 |
| Bartlett Grain Company<br>4900 Main St<br>Ste 1200<br>Kansas City, MO 64112 | Executed Deed in Lieu of foreclosure on Brownsville Property and Rock Port Property for Transfer of Rock Port Property located in Atchison County, Missouri | 12/19/17 | $0.00 |
| TD Auto<br>PO Box 16035<br>Lewiston, ME 04243 | repossessed 2012 Chevrolet Silverado | 2/22/18 | $17,000.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | Lakeshore Farms, Inc. | | Case number *(if known)* | |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jonathan Lee Russell, et al. v. Manville Farms, et al.<br>17HO-CC00050 | Temporary Restraining Order and Preliminary Injunction | Circuit Court of Holt County, Missouri<br>102 W. Nodaway St<br>PO Box 437<br>Oregon, MO 64473 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Evans & Mullinix, P.A.<br>7225 Renner Road, Suite 200<br>Shawnee, KS 66217 | Cash for retainer for Lakeshores Farms, Inc. | 2/13/18 | $35,000.00 |
| | **Email or website address**<br>jstutz@emlawkc.com | | | |
| | **Who made the payment, if not debtor?**<br>GDD Lakeshore Properties, LLC | | | |

| Debtor | Lakeshore Farms, Inc. | Case number (if known) | |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Kelly's Port Dealer at Lake of the Ozarks | Sold on consignment a cruiser boat in 2016. | 5/2016 | $91,500.00 |
| | **Relationship to debtor** None | | | |
| 13.2. | CoBank Farm Credit Leasing 600 Highway 169 South Minneapolis, MN 55426 | Entered into Buyout agreement with lessor for buyout of 1310 Track Grain Cart | 10/18/17 | $59,021.72 |
| | **Relationship to debtor** None | | | |
| 13.3. | Highway Trailer Sales Inc 1850 Southern Road Kansas City, MO 64120 | 2013 Tempte Hopper Grain Trailer leased/financed with TransLease sold for $24,000.00 | February 2018 | $24,000.00 |
| | **Relationship to debtor** None | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor  Lakeshore Farms, Inc. _____  Case number *(if known)* _____

---

**Part 9:  Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   Lakeshore Farms, Inc.                                    Case number *(if known)*

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ☑ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☑ None

| Name and address | Date of service<br>From-To |
|---|---|

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    Dana Rathje<br>Frontier Bank<br>1616 Harland St<br>Falls City, NE 68355 | Was President of Frontier Bank until he walked out door in January 2018 Prepared Financial Statement 12/2017 |

| Debtor | Lakeshore Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.2. | Adam Morris<br>Frontier Bank<br>1616 Harlan St<br>Falls City, NE 68355 | Was Vice President of Frontier Bank until he left in December 2016 Prepared Financial Statements 12/2016 |

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.3. | Jonathan L. Russell<br>24806 Highway 159<br>Forest City, MO 64451 | 2001 - present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | Frontier Bank<br>1616 Harlan Street<br>Falls City, NE 68355 |
| 26d.2. | Northland Capital<br>PO Box 7278<br>Saint Cloud, MN 56302 |
| 26d.3. | CoBank Farm Credit Leasing<br>600 Highway 169 South<br>Minneapolis, MN 55426 |
| 26d.4. | John Deere Financial<br>6400 NW 86th St<br>PO Box 5600<br>Reasnor, IA 50232 |
| 26d.5. | TD Auto<br>PO Box 16035<br>Lewiston, ME 04243 |
| 26d.6. | LCA Bank Corp<br>3150 STE 300<br>Troy, MI 48083 |
| 26d.7. | Bank of America<br>PO Box 45224<br>Jacksonville, FL 32232 |
| 26d.8. | Fortune Bank<br>662 North Creek Drive<br>Festus, MO 63028 |
| 26d.9. | ARM Lending<br>5506 Corporate Drive Ste 1760<br>Saint Joseph, MO 64507 |

**27. Inventories**

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    Lakeshore Farms, Inc.    Case number *(if known)*  _____

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jonathan L. Russell | 24806 Highway 59 Forest City, MO 64451 | 100% shareholder and sole officer | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jonathan L.  and Sarah Russell 24806 Highway 59 Forest City, MO 64451 | $141,609.08 | 1/1/17 - current | Living expenses |
| | **Relationship to debtor** President and sole shareholder, wife of President and sole shareholder | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    Lakeshore Farms, Inc. _____    Case number *(if known)* _____

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     February 22, 2018
                 _____

/s/ Jonathan L. Russell                              Jonathan L. Russell
_____              _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     President
                                       _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Missouri

In re    Lakeshore Farms, Inc.

Debtor(s)

Case No.

Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Lakeshore Farms, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 22, 2018

Date

/s/ Joanne B. Stutz

Joanne B. Stutz #12365; MO #30820

Signature of Attorney or Litigant

Counsel for    Lakeshore Farms, Inc.

Evans & Mullinix, P.A.

7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
jstutz@emlawkc.com