IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

IN RE:                                  )
                                        )
LAKESHORE FARMS, INC.,                  )     Case No 18-50077-btf11
                                        )     Chapter 11
                Debtor.                 )
                                        )

## WITNESS AND EXHIBIT LIST OF LAKESHORE FARMS, INC

Debtor, Lakeshore Farms, Inc., submits the following list of witnesses who may be called and exhibits which may be offered at the hearing to be conducted on March 26, 2018, commencing at 1:00 p.m.

### WITNESSES

1. Jonathan Russell, President of Lakeshore Farms, Inc.

2. Any witness called or listed by any other party in interest.

3. Any witness necessary for rebuttal.

### EXHIBITS

1. Budget, in substantially the form provided with this pleading.

2. Any Exhibit identified by any other party.

3. Any Exhibit for the purpose of impeachment or rebuttal.

Lakeshore Farms, Inc. reserves the right to request that the Court take judicial notice of appropriate matters, including but not limited to the record in this matter.

                                                  Respectfully Submitted:

                                                  EVANS & MULLINIX, P.A.

                                                  */s/ Joanne B. Stutz*
Joanne B. Stutz, KS #12365; MO #30820
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
jstutz@emlawkc.com
*Attorneys For Debtor*

00779048

Case 18-50077-btf11   Doc 76   Filed 03/22/18   Entered 03/22/18 18:10:56   Desc Main Document   Page 2 of 3

LAKESHORE FARMS, INC.
Nine Month Budget

| Source | Purpose | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 |
|---|---|---|---|---|---|---|---|---|---|---|
| ARM | Land Leases | $ 1,724,583.00 | | | | | | | | |
| CC | Labor | $ 18,000.00 | | | | | | | | |
| CC | Fuel | $ 20,000.00 | | | | | | | | |
| CC | Repairs | $ 19,000.00 | | | | | | | | |
| ARM | Farm Bureau | $ 2,300.00 | | | | | | | | |
| Co-Dist | Seed | | $ 217,076.00 | | | | | | | |
| Co-Dist | Herbicide | | $ 225,239.00 | | | | | | | |
| ARM | Labor | | $ 7,000.00 | | | | | | | |
| CC | Leases | | $ 73,163.00 | | | | | | | |
| ARM | Fuel | | $ 20,000.00 | | | | | | | |
| CC | Repairs | | $ 19,000.00 | | | | | | | |
| CC | Veh. Paymt | | $ 3,250.00 | | | | | | | |
| CC | Farm Bureau | | $ 2,300.00 | | | | | | | |
| Co-Dist | Herbicide | | | $ 84,029.00 | | | | | | |
| ARM | Labor | | | $ 7,000.00 | | | | | | |
| ARM | Fuel | | | $ 10,000.00 | | | | | | |
| ARM | Repairs | | | $ 5,000.00 | | | | | | |
| CC | Veh. Paymt | | | $ 3,250.00 | | | | | | |
| CC | Farm Bureau | | | $ 2,300.00 | | | | | | |
| ARM | Labor | | | | $ 7,000.00 | | | | | |
| ARM | Fuel | | | | $ 5,000.00 | | | | | |
| ARM | Repairs | | | | $ 2,500.00 | | | | | |
| ARM | Irrigation | | | | $ 10,000.00 | | | | | |
| CC | Veh. Paymt | | | | $ 3,250.00 | | | | | |
| CC | Farm Bureau | | | | $ 2,300.00 | | | | | |
| ARM | Labor | | | | | $ 7,000.00 | | | | |
| ARM | Fuel | | | | | $ 5,000.00 | | | | |
| ARM | Repairs | | | | | $ 2,500.00 | | | | |
| ARM | Irrigation | | | | | $ 15,000.00 | | | | |
| CC | Veh. Paymt | | | | | $ 3,250.00 | | | | |
| CC | Farm Bureau | | | | | $ 2,300.00 | | | | |
| ARM | Labor | | | | | | $ 7,000.00 | | | |
| ARM | Fuel | | | | | | $ 5,000.00 | | | |
| ARM | Irrigation | | | | | | $ 15,000.00 | | | |
| CC | Veh. Paymt | | | | | | $ 3,250.00 | | | |
| CC | Farm Bureau | | | | | | $ 2,300.00 | | | |
| ARM | Labor | | | | | | | $ 7,000.00 | | |
| ARM | Fuel | | | | | | | $ 5,000.00 | | |
| CC | Veh. Paymt | | | | | | | $ 3,250.00 | | |
| CC | Farm Bureau | | | | | | | $ 2,300.00 | | |

LAKESHORE FARMS, INC.
Nine Month Budget

| Source | Purpose | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 |
|---|---|---|---|---|---|---|---|---|---|---|
| ARM | Labor | | | | | | | | | $ 7,000.00 |
| ARM | Fuel | | | | | | | | | $ 20,000.00 |
| ARM | Repairs | | | | | | | | | $ 10,000.00 |
| CC | Veh. Paymt | | | | | | | | | $ 3,250.00 |
| CC | Farm Bureau | | | | | | | | | $ 2,300.00 |
| ARM | Land Leases | | | | | | | | | $ 115,000.00 |
| ARM | Labor | | | | | | | | | $ 3,000.00 |
| ARM | Harvesting | | | | | | | | | $ 245,086.00 |
| ARM | Fuel | | | | | | | | | $ 20,000.00 |
| ARM | Repairs | | | | | | | | | $ 9,000.00 |
| CC | Veh. Paymt | | | | | | | | | $ 3,250.00 |
| CC | Farm Bureau | | | | | | | | | $ 2,300.00 |
| CC | Legal Fees | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| CC | Consult Fees | $ - | $ 500.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| CC | Qtly Fees | $ 6,500.00 | | | | $ 4,875.00 | | | $ 975.00 | |
| Mo. Totals | | $ 1,800,383.00 | $ 577,528.00 | $ 121,879.00 | $ 40,350.00 | $ 50,225.00 | $ 42,850.00 | $ 27,850.00 | $ 53,825.00 | $ 407,936.00 | $ 3,122,826.00 |

Total Use of Funds

| Legal/ust fees | Land Leases | Seed | Herbicide | Labor | Leases | Harvesting | Fuel | Repairs | Irrigation | Vehicle Payments | Farm Bureau |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $94,650.00 | $1,839,583.00 | $217,076.00 | $309,268.00 | $70,000.00 | $73,163.00 | $245,086.00 | $110,000.00 | $68,000.00 | $40,000.00 | $26,000.00 | $26,694.18 |

Total Sources of Funds by Month

| Source | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ARM | $ 1,724,583.00 | $ 27,000.00 | $ 22,000.00 | $ 24,500.00 | $ 29,500.00 | $ 27,000.00 | $ 12,000.00 | $ 37,000.00 | $ 392,086.00 | $ 2,295,669.00 |
| CC | $ 75,800.00 | $ 108,213.00 | $ 15,850.00 | $ 15,850.00 | $ 20,725.00 | $ 15,850.00 | $ 15,850.00 | $ 16,825.00 | $ 15,850.00 | $ 300,813.00 |
| Co-Dist | $ - | $ 442,315.00 | $ 84,029.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 526,344.00 |

qtly fee calc

| July | | Oct | |
|---|---|---|---|
| $ | 739,757.00 | $ | 120,925.00 |

The Vehicle Payments are for the following:

2015 F350, secured to Union Bank
2016 F350 secured to TD
the Escalade secured to TD

Hauling Grain concludes in or about November or December. Debtor anticipates that the net income, after paying the DIP loan, will approximate $350,000 to $500,000.00.