IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LAKESHORE FARMS, INC., | ) | Case No 18-50077-btf11 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**AMENDED**
**NOTICE OF AMENDMENT TO SCHEDULES TO REMOVE CREDITORS**
**(Doc 81)**

COMES NOW the above named Debtor and Debtor in Possession, by and through the undersigned counsel and hereby notifies the Court and the parties that the Amended Schedules and Statements filed on March 26, 2017, removed the following creditor and representative from the schedules:

John Manville Farms
36217 E. 280th Avenue
Gilman City MO 64642

John N. Manville
36402 E. State Highway 146
Gilman City, MO 64642

Representing John N. Manville:

    Nancy Potter
    Murphy Taylor Siemens & Elliott PC
    3007 Frederick Avenue
    Saint Joseph MO 64506

The Debtor further requests that the above creditor and representative be removed from the creditor matrix.

779567

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Joanne B. Stutz*
Joanne B. Stutz, KS #12365; MO #30820
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
jstutz@emlawkc.com
*Attorneys for Lakeshore Farms, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Amended Notice of Amendment to Schedules to Remove Creditors was, on this 28th day of March, 2018, filed and served electronically by the Clerk of the Court to all parties receiving electronic notice.

*/s/ Joanne B. Stutz*
Joanne B. Stutz

779567