Case Name: LAKESHORE FARMS, INC          Case No: 18-50077-btf11

## Monthly Operating Report Summary for Month of: March, 2018

### REVENUE

1. Gross Income ........................................................................................ $870,976.84

**Cost of Goods Sold**
  2. Materials ............................................................... $ 657,025.66
  3. Direct Labor ......................................................... $9,183.31
  4. Overhead .............................................................. $0

5. **Total Cost of Goods Sold (add lines 2 through 4)** ........................... $666,208.97
6. **Gross Profit (subtract line 5 from line 1)** ......................................... $204,767.87

### OPERATING EXPENSES

  7. Owner/Officer - Draws/Salaries ................................................... $0
  8. Other Employee Salaries ............................................................. $0
  9. Advertising and Marketing .......................................................... $0
10. Insurance ..................................................................................... $210,552
11. Payroll Taxes .............................................................................. $0
12. Lease and Rent ........................................................................... $1,729,063
13. Telephone and Utilities ............................................................... $_____
14. Attorney and Other Professional Fees ......................................... $_____
15. UST Quarterly Fees .................................................................... $_____
16. Other Expenses ........................................................................... $235,785.99
17. **Total Operating Expenses (add lines 7 through 16)** .................. $2,175,400.99
18. **Net Income (Loss) (subtract line 17 from line 6)** ...................... $(1,970,633.12)

### CURRENT ASSETS

19. Accounts Receivable at end of month ......................................... $201,523.97
20. Increase (Decrease) in Accounts Receivable from prior month .... $201,523.97
21. Inventory at end of month ........................................................... $342,974.34
22. Increase (Decrease) in Inventory from prior month ..................... ($657,025.66)
23. Cash at end of month ................................................................... $361,018.10
24. Increase (Decrease) in Cash from prior month ............................ $356,522.16

### LIABILITIES

25. Increase (Decrease) in post-petition debt .................................... $1,871,653.59
    Include the net amount of any changes to business debt incurred post-petition
26. Increase (Decrease) in pre-petition debt ...................................... $0
    Include the net amount of any changes to business debt incurred pre-petition

**Taxes payable:**
27. Federal Payroll Taxes ................................................................. $0
28. State Payroll Taxes ..................................................................... $0
29. Local Payroll Taxes .................................................................... $0
30. State Sales Taxes ........................................................................ $0
31. Real Estate and Personal Property Taxes ................................... $0
32. Other (describe) .......................................................................... $0

33. **Total Taxes Payable (add lines 27 through 32)** ......................... $0

Instructions: File as a separate document
ECF Event: Bankruptcy>Other>Monthly Operating Report Summary
00781752