**Fill in this information to identify the case:**

Debtor name: Lakeshore Farms, Inc.

United States Bankruptcy Court for the: WESTERN DISTRICT OF MISSOURI

Case number (if known): 18-50077

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Nodaway Valley Bank | Checking | | $2,420.61 |
   | 3.2. Frontier Bank (overdrawn) | Checking | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                          $2,420.61
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

| Debtor | Lakeshore Farms, Inc. | Case number *(If known)* 18-50077 |
|---|---|---|
| | Name | |

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | Hedge Fund at R.J. O'Brien (balance is $-3,423.00) . Opened in or about 2017. | | $0.00 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                                   % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

| 17. | **Total of Part 4.** | $0.00 |
|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested**<br>250,000 bushels as of 2/28/2018. hauling daily to elevator. will take approximately 6 weeks to complete hauling. | $0.00 | | $1,000,000.00 |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)*<br>see attached list | $0.00 | | $2,285,000.00 |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33. | **Total of Part 6.**<br>Add lines 28 through 32. Copy the total to line 85. | | | $3,285,000.00 |

| Debtor | Lakeshore Farms, Inc. | Case number (If known) | 18-50077 |
|---|---|---|---|
| | Name | | |

34. **Is the debtor a member of an agricultural cooperative?**
    ■ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ■ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2013 Ford F-350 - paid in full on on 2/22/18 | $0.00 | | $7,500.00 |
| 47.2.   2011 Mercedes - returning to Bank of America - Debtor is trying to sell (BOA) | $0.00 | NADA | $40,000.00 |
| 47.3.   2016 Ford F350 (TD Auto) | $0.00 | Larson Motors | $50,000.00 |
| 47.4.   2015 Ford F-350 (Union Bank) | $0.00 | Larson Motors | $25,000.00 |
| 47.5.   2016 Cadillac Escalade - Mrs. Russell drives this (TD Auto) | $0.00 | Blue Book | $45,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**

| Debtor | Lakeshore Farms, Inc. | Case number (If known) | 18-50077 |
|---|---|---|---|
| | Name | | |

machinery and equipment)

| 51. | **Total of Part 8.** | $167,500.00 |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Debtor leases crop land. See Schedule G | | $0.00 | | $0.00 |

| 56. | **Total of Part 9.** | $0.00 |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

| Debtor | Lakeshore Farms, Inc. | Case number *(If known)* 18-50077 |
|---|---|---|
|  | Name |  |

**Current value of debtor's interest**

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Claim against RSR Ranch and/or Janet Longanecker for excavating work preformed in exchange for permanent rental of the property.  Owner berached the agreement and has refused to pay Debtor for the work. | $1,291,245.00 |
| | **Nature of claim**    Potential lawsuit for amounts owed for work performed | |
| | **Amount requested**    $1,291,245.00 | |
| | Broker at R.J. O'Brian, Debtor's Hedge Fund, improperly and illegally traded without Debtor's approval..  As a result Debtor lost approximately $50,000.00 and the Hedge Fund shows a negative approximate $3,000.00 balance. | $50,000.00 |
| | **Nature of claim**    Potential suit for improper trading | |
| | **Amount requested**    $50,000.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $1,341,245.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| Debtor | Lakeshore Farms, Inc. | Case number *(If known)* | 18-50077 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,420.61 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $3,285,000.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $167,500.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.............>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $1,341,245.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $4,796,165.61 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,796,165.61 |

# Balance Sheet Schedules
## 12/01/2017 - 12-01-2017 Balance Sheet

Lakeshore Farms, Inc.

Cust. # 38610069

| Cash & Equivalents | | | | | | Value | Cost Basis Col. |
|---|---|---|---|---|---|---|---|
| Frontier Bank - Checking | | | | | | -8,309 | |
| Frontier Bank - Checking | | | | | | -1,659 | |
| | | | | | | -9,968 | |

| Crop Inventory | | Measure | # Units | Per Unit | Calc. Basis | Value | Cost Basis Col. |
|---|---|---|---|---|---|---|---|
| Corn - White | | Bu. | 260,000.00 | 3.60 | Unit | 936,000 | Yes |
| Soybeans - net of trucking | | Bu. | 400,000.00 | 9.30 | Unit | 3,720,000 | Yes |
| Soybeans - unpriced | | Bu. | 155,531.00 | 9.20 | Unit | 1,430,885 | Yes |
| | | | 815,531.00 | | | 6,086,885 | |

| Machinery & Equipment | Qty | Year | Acc. Depr. | Value | Cost Basis Col. |
|---|---|---|---|---|---|
| 2009 Peterbilt - Perterbilt - 379 | 1 | 2009 | | 65,000 | Yes |
| 2005 Peterbilt - Peterbilt - 379 Day Cab | 1 | 2005 | | 55,000 | Yes |
| 2004 Peterbilt - Peterbilt - 379 | 1 | 2004 | | 50,000 | Yes |
| 2007 Peterbilt - Peterbilt - 379 | 1 | 2007 | | 60,000 | Yes |
| 2005 Peterbilt - Peterbilt - 379 (New Motor) | 1 | 2005 | | 55,000 | Yes |
| 1400 Rear Blade - Johnson | 1 | | | 5,000 | Yes |
| '14x15 Rotary - J Deere | 1 | | | 8,000 | Yes |
| 9560 Crawler Tractor - J Deere | 1 | | | 190,000 | Yes |
| 1535 Elevator - BMF | 1 | | | 6,000 | Yes |
| 1535 Elevator - BMF | 1 | | | 6,000 | Yes |
| 6104 Auger - Bahler | 1 | | | 6,000 | Yes |
| 1545 Elevator - Batco | 1 | | | 10,000 | Yes |
| Tanker - TransLease | 1 | 2013 | | 15,000 | |
| Grain Trailer - Timpte | 1 | 2014 | | 38,000 | |
| 8430 Row-Crop Tractor - J Deere  SN: RW8430P030274 | 1 | 2009 | | 90,000 | Yes |
| 8335 Crawler Tractor-Track Tractor - J Deere  SN: 1RW8335RKCP908288 | 1 | 2013 | | 170,000 | Yes |
| 8335 Row-Crop Tractor - J Deere  SN: 1RW8335RCCP059962 | 1 | 2013 | | 170,000 | Yes |
| Pivot - coll. to FmCredit Leasing | 1 | | | 60,000 | |
| 2210 Cultivator - J Deere  SN: NO2210X008065 | 1 | 2009 | | 40,000 | Yes |
| 2623 Disk - J Deere  SN: 1N02623XCD0750810 | 1 | | | 35,000 | Yes |
| 45' Harrow - Phillips | 1 | | | 30,000 | Yes |
| DB90 36 Row Planter - J Deere  SN: 1A0DB90XCDM750191 | 1 | 2013 | | 150,000 | Yes |
| 4-box seed Tenders Trailers (15,000 each) | 2 | 2009 | | 25,000 | Yes |
| Irrigation Feritlizer pumps (15,000 each) | 7 | 2008 | | 90,000 | Yes |
| DMI 9 Shank Ripper | 1 | 2009 | | 15,000 | Yes |
| 1770 24 row Planter - J Deere | 1 | 2012 | | 140,000 | Yes |
| 1308 Spray / Saddle tanks - New Leader  SN: 12139 | 1 | | | 10,000 | Yes |
| 930 Fertilizer Applicator - Case IH - Nutri-placer  SN: YCD060566 | 1 | 2012 | | 40,000 | Yes |
| 940 Fertilizer Applicator - Case IH - Nutri-placer  SN: YCD060900 | 1 | 2012 | | 60,000 | Yes |
| 6 ton Adjustable Axle Cart - Montag  SN: C12109 | 1 | 2012 | | 10,000 | Yes |
| Gooseneck Anhydrous Wagon - B&B - 1450 Gal Tanden rear axle  SN: 4L5WT2034DF027156 | 1 | 2012 | | 12,000 | Yes |
| 2-Anhydrous Tanks & Running Gear | 1 | | | 10,000 | Yes |

Balance Sheet Schedules
12/01/2017 - 12-01-2017 Balance Sheet

Lakeshore Farms, Inc.

Cust. # 38610069

| Item | Qty | Year | Acc. Depr. | Value | Cost Basis | Col. |
|---|---|---|---|---|---|---|
| SN: 6NU003823 | | | | | | |
| Gooseneck Anhydrous Wagon - B&B - 1450 Gal Tandem rear axle | 1 | 2012 | | 12,000 | | Yes |
| SN: 4L5WT2032DF027155 | | | | | | |
| 2-Anhydrous Tanks & Running Gear | 1 | | | 10,000 | | Yes |
| SN: 6NU003831 | | | | | | |
| Gooseneck Anhydrous Wagon - B&B - 1450 Gal Tandem rear axle | 1 | 2012 | | 12,000 | | Yes |
| SN: 4L5WT2036DF027157 | | | | | | |
| Timpte Grain Hoppers Trailers (50,000 each) | 2 | 2012 | | 65,000 | | |
| 140 tracks skid steer - Takeuchi | 1 | 2009 | | 18,000 | | Yes |
| Combine Head Trailers (6,500 each) | 2 | 2009 | | 10,000 | | Yes |
| Multiple sizes 130 ft to 25 ft Auger Wagons (16,250 each) | 4 | 2011 | | 40,000 | | Yes |
| 10000 bu per hor REM Grain Vac | 1 | 2010 | | 15,000 | | Yes |
| 4228 Super Hopp - Timpte - coll. to Northland Capital | 1 | 2013 | | 35,000 | | |
| SN: 1TDH42221DB139923 | | | | | | |
| 36' Transport - Harvest Hand | 1 | | | 15,000 | | Yes |
| SN: TAG374 | | | | | | |
| 1060 Auger - Buhler | 1 | | | 12,000 | | Yes |
| SN: 21051839 | | | | | | |
| 1370 Auger - Buhler | 1 | | | 12,000 | | Yes |
| SN: 21906269 | | | | | | |
| 122 Auger - Buhler | 1 | | | 12,000 | | Yes |
| SN: 220087411 | | | | | | |
| 5500 Gallon tankers Trailers (10,000 each) | 2 | 1975 | | 16,000 | | Yes |
| Irrigation Pivots (11 tower, 7T and 10T) (20,000 each) - Zimmatic | 3 | 2009 | | 60,000 | | |
| 30 HP Dewatering pumps (12,500 each) | 2 | 2010 | | 20,000 | | Yes |
| 15 ft CX-15 Mower - J Deere | 1 | 2009 | | 8,000 | | Yes |
| 7300 Auto track - J Deere | 1 | 2010 | | 15,000 | | Yes |
| Pivot Bridges | 1 | 2009 | | 10,000 | | Yes |
| 16 ft Trailers (7,500 each) | 4 | 2009 | | 20,000 | | Yes |
| 1200 gallon fuel trailer | 1 | 2011 | | 7,000 | | Yes |
| tools | 1 | | | 5,000 | | Yes |
| Fertilizer Tanker 5000 Gal | 1 | | | 30,000 | 60,000 | Yes |
| 4268 Grain Trailer 42'2"x96" - Timpte - coll. to Northland Capital | 1 | 2011 | | 30,000 | | |
| SN: 1TDH42221BB130605 | | | | | | |
| 4268 Grain Trailer 42'2"x96" - Timpte - coll. to Northland Capital | 1 | | | 30,000 | | |
| SN: 1TDH42223BB130606 | | | | | | |
| 4228 Grain Trailer 42'2"x10 - Timpte - coll. to Northland Capital | 1 | | | 30,000 | | |
| SN: 1TDH42229CB135830 | | | | | | |
| Polaris Ranger - clean | 1 | 2015 | | 10,000 | | |
| | | | | 2,285,000 | 60,000 | |

| Vehicles | Qty | Year | Acc. Depr. | Value | Cost Basis | Col. |
|---|---|---|---|---|---|---|
| 2014 Camery - clean | | | | 20,000 | | |
| 2013 Ford F-350 | | | | 32,000 | | |
| 2015 Ford F-350 - Union Bank 26.9 | | | | 32,000 | | |
| 2015 Denali Yukon | | | | 40,000 | | |
| | | | | 124,000 | | |