MOW 2015-2 (11/13)

Case Name: <u>LAKESHORE FARMS, INC</u>           Case No: <u>18-50077-btf11</u>

**Monthly Operating Report Summary for Month of:** <u>   October, 2018   </u>

**REVENUE**
   1. Gross Income ............................................................................... $_____1,002
**Cost of Goods Sold**
      2. Materials ............................................................. $_____
      **3.** Direct Labor ..................................................... $_____9,889
      4. Overhead ............................................................ $_____
   **5. Total Cost of Goods Sold (add lines 2 through 4)** ............................... $_____9,889
   **6. Gross Profit (subtract line 5 from line 1)** ............................................. $_____(8,887)

**OPERATING EXPENSES**
   7.  Owner/Officer - Draws/Salaries ........................................................ $_____
   8.  Other Employee Salaries .................................................................. $_____
   9.  Advertising and Marketing ............................................................... $_____
   10. Insurance ............................................................................................ $_____
   11. Payroll Taxes .................................................................................... $_____
   12. Lease and Rent ................................................................................. $_____
   13. Telephone and Utilities ..................................................................... $_____
   14. Attorney and Other Professional Fees ............................................. $_____5,714
   15. UST Quarterly Fees .......................................................................... $_____1,950
   16. Other Expenses ................................................................................ $_____50,037
   **17. Total Operating Expenses (add lines 7 through 16)** ........................ $_____57,701
   **18. Net Income (Loss) (subtract line 17 from line 6)** ............................ $____(66,588)

**CURRENT ASSETS**
   19. Accounts Receivable at end of month ............................................. $_____
   20. Increase (Decrease) in Accounts Receivable from prior month ..... $_____
   21. Inventory at end of month ................................................................ $_____
   22. Increase (Decrease) in Inventory from prior month ........................ $_____
   23. Cash at end of month ....................................................................... $_____37,354
   24. Increase (Decrease) in Cash from prior month ............................... $____(38,386)

**LIABILITIES**
   25. Increase (Decrease) in post-petition debt ........................................ $_ 28,202
       Include the net amount of any changes to business debt incurred post-petition
   26. Increase (Decrease) in pre-petition debt ......................................... $_____
       Include the net amount of any changes to business debt incurred pre-petition
                 **Taxes payable:**
   27.   Federal Payroll Taxes ................................... $_____
   28.   State Payroll Taxes ....................................... $_____
   29.   Local Payroll Taxes ....................................... $_____
   30.   State Sales Taxes ......................................... $_____
   31.   Real Estate and Personal Property Taxes .... $_____
   32.   Other (describe) ............................................ $_____
   **33. Total Taxes Payable (add lines 27 through 32)** ............................... $_____

Instructions: File as a separate document/ECF Event: Bankruptcy>Other>Monthly Operating Report Summary

00780044