IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

IN RE:                                            )
                                                  )
LAKESHORE FARMS, INC.,                            )    Case No 18-50077-btf11
                                                  )    Chapter 11
        Debtor.                                   )
                                                  )

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE DEBTOR

COMES NOW the law firm of Evans & Mullinix, P.A. and moves the Court for an Order allowing it to withdraw as attorneys for the Debtor.  The Debtor, through its president, Jonathan L. Russell, has terminated the services of this firm and advised that he has requested that the law firm of Berman, DeLeve, Kuchan & Chapman, LLC be retained to represent it as counsel for the Debtor. Ronald Weiss of Berman, DeLeve, Kuchan & Chapman, LLC has confirmed that it will be the Debtor's new counsel and that, ,upon the filing of this motion, the law firm of Berman, DeLeve, Kuchan & Chapman, LLC will be filing an entry of appearance and an application to be employed as counsel for the Debtor.

Counsel retains the right to submit a final application for fees and expenses once the transition has been accomplished.

WHEREFORE, the law firm of Evans & Mullinix, P.A. prays the Court for an Order authorizing its immediate withdrawal as attorneys for the Debtor and for such other and further relief as the Court deems just and proper.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Joanne B. Stutz*
Joanne B. Stutz, KS #12365; MO #30820
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
jstutz@emlawkc.com

00811506

In the United States Bankruptcy Court
For the Western District of Missouri, Western Division
In re LAKESHORE FARMS, INC.
Case No 18-50077-btf11
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE DEBTOR

# **CERTIFICATE OF SERVICE**

    I hereby certify that on the 19th day of November, a true and correct copy of this Motion to Withdraw was electronically filed with the court using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system

    */s/ Joanne B. Stutz*
    Joanne B. Stutz