# Exhibit C……Lakeshore Liquidation Analysis

| | | |
|---|---|---|
| **Liquidated Value of Frontier Bank Eqpt Collateral** | 748,300 | * see detail |
| **As appraised by Frontier Bank on 8/22/18** | | below |
| **Frontier Bank Collateral** | **Qtty'** | |
| Asset Description | | |
| 2009 Peterbilt 389 Sleeper Truck | 1 | **51,000** |
| 2007 Peterbilt 379 Sleeper Truck | 1 | **46,750** |
| 2005 Peterbilt 379 Sleeper Truck | 1 | **42,500** |
| 2004 Peterbilt 379 Sleeper Truck | 1 | **40,800** |
| Shop | | |
| 2014 HyGrade 1400RS Rear Blade | 1 | **10,200** |
| 2013 John Deere HX15 14x15 Rotary Shredder | 1 | **11,050** |
| Harvest Hand 36 Ft Transport Trailers | 4 | **20,400** |
| 2008 Takeuchi TL140 Skid Steer, Track Issues, Worn Sprockets, Undercarriage Issue | 3 | **21,675** |
| Fortescue | | |
| 2012 B&B Behnke Gooseneck | 3 | **21,675** |
| Anhydrous Wagons w/ Two 1450 | | |
| Gallon Anhydrous Tanks & Running | | |
| Buhler Farm King 1060 Auger | 1 | **6,800** |
| Buhler Farm King 1370 Auger 1 | 1 | **6,800** |
| Buhler Farm King 122 Auger | 1 | **0** |
| Crisafulli Pump SN# 16365 | 1 | **7,225** |
| 1975 ACRO 5500 Gallon Tanker Trailer | 1 | **12,750** |
| 2009 John Deere 2210 Cultivator | 1 | **25,500** |
| 2012 John Deere 2623 Disk Tillage, 49'3" | 1 | **25,500** |
| 2013 Case IH Nutri-Placer 930 | 1 | **36,000** |
| Fertilizer Applicatior | 0 | |
| 2009 DMI Case IH Ecolo-Tiger 730C Shank Ripper | 1 | **10,200** |
| 2013 Case IH Nutri-Placer 940 | 1 | **34,000** |
| 2012 AG Systems AG206 Anhydrous | 3 | **21,675** |
| Carts w/ Two 1450 Gallon Anhydrous | | |
| Tanks & Running Gear | | |
| 2010 Batco 1535 TDFL Conveyor Augers | 4 | **28,900** |
| 2013 John Deere 9560 RT Crawler, Tractor, Damage | 1 | **148,750** |
| Planter CCS Seed Delivery Crop Planter, Frame Issues | 1 | **98,600** |
| 2015 Batco 1545FL Auger, Frame Issues, Weld Repair | 1 | **12,750** |

| | | | |
|---|---|---|---|
| Friesen Titan 4SE Easy Haul Trailer SN#33420 | | 1 | **6,800** |
| **TOTAL LIQUIDATED VALUE EQUIPMENT** | | | |
| **COLLATERALIZED BY FRONTIER BANK LOAN** | | | **748,300** |
| Cross Collateralized Residence owned by Jon Russell | | | **$125,000** |
| Cross Collateralized Shop Propertt owned by Jon Russell | | | **$60,000** |
| **Cumulative Liq Value of Frontier Bank Collateral** | | | **$933,300** |
| **Add Union Bank and TD Auto Collateral** | | | |
| TD Auto collateral @ 2016 Ford F350 | | | 33,013 |
| TD Auto collateral @ 2016 Cadillac Escalade | | | 31,364 |
| Union Bank collateral @ Ford F 350 | | | 16,135 |
| **Balance Available to Pay Claims Before Trustee** | | | *$1,013,813* |
| **Trustee Fees Under Ch-7 Liquidation**** | | | |
| | 25% | $6,250 | $25,000 |
| | 10% | $2,500 | $25,000 |
| | 5% | $48,191 | $963,813 |
| **Total Trustee Fees Ch-7 Liquidation**** | | | **$56,941** |
| | | | |
| *Balance for Claims after Ch-7 Trustee Fees* | | | *$956,872* |
| *Less Administrative Claims /Quarterly fees* | | | |
| *Balance for payment of Unsecured creditors under Ch-7* | | | *$0* |
| *Balance Available for Unsecured Creditors under Chapter 7* | | | *$0* |

**Calculation of Chapter 7 Trustee Fees
25% of the initial $5,000 disbursed
10% of anything between $5,001 and $50,000
5% of anything between $50,001 and $1,000,000, and
3% of any amount over $1,000,000.

# Exhibit C……Lakeshore Liquidation Analysis

**Liquidated Value of Frontier Bank Collateral**

| | | |
|---|---|---|
| | $868,500 | Per Frontier Bank 8/22/18 Equipment Appraisal |
| | $210,000 | Jon Russell Estimate of FMV of personal res and shop land value |
| | $1,078,500 | Total FMV Frontier Bank Collateral |

**Debtor Proposes to Treat $1,300,000 of Frontier Claim as Fully Ssecured**

| *Chapter 7 Liquidation* | | *Estimated Recovery* |
|---|---|---|
| **Total Frontier Claim** | 2,633,748 | *Under Ch 7 Liquidation* |
| **Frontier Recovery under Ch 7 Liquidation** | **$933,300** | **35.44% of Claim** |
| **TD Auto Claim** | 91,968 | *Estimated Recovery Under Ch-7 Liquidation* |
| **TD Auto Recovery under Ch 7 Liquidation** | **64,377** | **70.00% of Claim Under a Ch 7 Liquidation** |
| **Union Bank Claim** | 23,050 | |
| **Union Bank Recovery under Ch 7 Liquidation** | **16,135** | **70.00% of Claim Under a Ch 7 Liquidation** |
| *Unsecured Creditors* | *Unsecured Debt* | *Estimated Recovery Under Ch-7 Liquidation* |
| **Gen'l Unsecured Creditors Claims** | **1,400,163** | |
| **Gen'l Unsecured Creditors Recovery under Ch 11** | **0** | **0.00% of Claim Under a Ch 7 Liquidation** |

| *Estimated Recovery Under Ch-11 Plan* | | % of Secured Claim Under Ch 11 Plan |
|---|---|---|
| **Total Frontier Claim** | 2,633,748 | |
| **Frontier secured claim paid under Plan** | **1,300,000** | **49.36% of Total Frontier Claim in Ch11 Plan** |
| Frontier unsecured claim paid under Plan | 1,333,748 | |
| **Frontier unsecured claim paid under Plan** | **280,031** | **21.00% of Frontier unsec claim in Ch11 Plan** |
| **Total Frontier Recovery under plan** | **1,580,031** | **59.99% of Total Frontier Claim in Ch 11 Plan** |
| **Total TD Auto Claim Paid Under Plan** | **91,968** | **100.00% of Total TD Auto Claim in Ch 11 Plan** |
| **Union Bank Claim Paid Under Plan** | **23,050** | **100.00% of Union Bank Claim in Ch 11 Plan** |

| *Gen'l Unsecured Creditors other than Frontier* | *Unsecured Debt* | *Estimated Recovery Under Ch-11 Plan* |
|---|---|---|
| | $1,400,163 | |
| **Gen'l Unsecured Creditors Paid Under Plan** | **$294,034** | **21.00% of unsecured Claims in Ch 11 Plan** |