MOW 2015-2 (11/13)

Case Name: <u>Lakeshore Farms, Inc.</u>   Case No: <u>18-50077</u>

**Monthly Operating Report Summary for Month of: <u>January, 2019</u>**

**REVENUE**
1. Gross Income ................................................................................. $688,449.00

**Cost of Property Upkeep, Maintenance, Etc.**
2. Materials ................................................................................ $0.00
3. Direct Labor ........................................................................... $19,551.00
4. Overhead ............................................................................... $88,448.00
5. **Total Cost of Property Upkeep, Etc. (add lines 2 through 4)** ....... - $107,999.00
6. **Gross Profit (subtract line 5 from line 1)** ................................. $580,450.00

**OPERATING EXPENSES**
7. Owner/Officer - Draws/Salaries ................................................. $0.00
8. Other Employee Salaries ......................................................... $0.00
9. Advertising and Marketing ....................................................... $0.00
10. Insurance .............................................................................. $0.00
11. Payroll Taxes ......................................................................... $0.00
12. Mortgage Payments ................................................................ $0.00
13. Telecommunications ............................................................... $0.00
14. Attorney and Other Professional Fees ...................................... $0.00
15. UST Quarterly Fees ................................................................. $0.00
16. Other Expenses ...................................................................... $9,798.00
17. **Total Operating Expenses (add lines 7 through 16)** .................. **$9,798.00**
18. **Net Income (Loss) (subtract line 17 from line 6)** ...................... **$570,652.00**

**CURRENT ASSETS**
19. Accounts Receivable at end of month ...................................... $0.00
20. Increase (Decrease) in Accounts Receivable from prior month .... $0.00
21. Inventory at end of month ....................................................... $0.00
22. Increase (Decrease) in Inventory from prior month .................... $0.00
23. Cash at end of month ............................................................. $5,338.00
24. Increase (Decrease) in Cash from prior month .......................... $4,113.00

**LIABILITIES**
25. Increase (Decrease) in post-petition debt ................................. $(566,539.00)
    Include the net amount of any changes to business debt incurred post-petition
26. Increase (Decrease) in pre-petition debt ................................... $0.00
    Include the net amount of any changes to business debt incurred pre-petition

**Taxes payable:**
27. Federal Payroll Taxes ............................................................. $0.00
28. State Payroll Taxes ................................................................. $0.00
29. Local Payroll Taxes ................................................................. $0.00
30. State Sales Taxes ................................................................... $0.00
31. Real Estate and Personal Property Taxes .................................. $0.00
32. Other (describe) ..................................................................... $0.00
33. **Total Taxes Payable (add lines 27 through 32)** ........................ **$0.00**