MOW 2015-2 (11/13)

Case Name: <u>Lakeshore Farms, Inc.</u>                              Case No: <u>18-50077</u>

**Monthly Operating Report Summary for Month of: <u>April, 2019</u>**

**REVENUE**
   1. Gross Income ................................................................................................... **<u>$1,475.55</u>**
                     **Cost of Property Upkeep, Maintenance, Etc.**
    2. Materials ............................................................................ $0.00
    3. Direct Labor ...................................................................... $0.00
    4. Overhead ........................................................................... $0.00
   **5. Total Cost of Property Upkeep, Etc. (add lines 2 through 4) .......................... - $1,476..00**
   **6. Gross Profit (subtract line 5 from line 1) ................................................................ (<u>$0.45</u>)**

**OPERATING EXPENSES**
   7.  Owner/Officer - Draws/Salaries ................................................................................ $0.00
   8.  Other Employee Salaries ............................................................................................ $0.00
   9.  Advertising and Marketing ........................................................................................ $0.00
  10. Insurance ................................................................................................................... $0.00
  11. Payroll Taxes ............................................................................................................. $0.00
  12. Lease and Rent .......................................................................................................... $0.00
  13. Telecommunications .................................................................................................. $0.00
  14. Attorney and Other Professional Fees ................................................................. $1,000.00
  15. UST Quarterly Fees ................................................................................................... $0.00
  16. Other Expenses ................................................................................................ $22,447.00
  **17. Total Operating Expenses (add lines 7 through 16) ..................................... $23,447.00**
  **18. Net Income (Loss) (subtract line 17 from line 6) ......................................... (<u>$21,971.00</u>)**

**CURRENT ASSETS**
  19. Accounts Receivable at end of month ....................................................................... $0.00
  20. Increase (Decrease) in Accounts Receivable from prior month ............................... $0.00
  21. Inventory at end of month ......................................................................................... $0.00
  22. Increase (Decrease) in Inventory from prior month ................................................. $0.00
  23. Cash at end of month ........................................................................................ $2,282.00
  24. Increase (Decrease) in Cash from prior month .................................................... $452.00

**LIABILITIES**
  25. Increase (Decrease) in post-petition debt ......................................................... $22,423.00
       Include the net amount of any changes to business debt incurred post-petition
  26. Increase (Decrease) in pre-petition debt .................................................................. $0.00
       Include the net amount of any changes to business debt incurred pre-petition
                    **Taxes payable:**
  27.   Federal Payroll Taxes ..................................................... $0.00
  28.   State Payroll Taxes ......................................................... $0.00
  29.   Local Payroll Taxes ........................................................ $0.00
  30.   State Sales Taxes ............................................................ $0.00
  31.   Real Estate and Personal Property Taxes ....................... $0.00
  32.   Other (describe) .............................................................. $0.00
  **33. Total Taxes Payable (add lines 27 through 32) .................................................. $0.00**